UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
       :
FRED ALSTON, *as a Trustee of the Local 272 Labor-*   :
*Management Pension Fund and of the Local 272 Welfare*  :
*Fund*,        :
       :
             Plaintiff,   :
       :     25 Civ. 8123 (JPC)
    -v-     :
       :     <u>ORDER</u>
SURREY GARAGE 54TH STREET LLC, *et al.*,   :
       :
             Defendants.   :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

    On October 27, 2025, Plaintiff served each Defendant with copies of the Summons and Complaint. Dkts. 6, 7, 8. Each Defendant's deadline to respond to the Complaint was therefore November 17, 2025. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). That deadline has passed, and the docket does not reflect responses to the Complaint from Defendants. Accordingly, the Court extends *sua sponte* Defendants' deadline to respond to the Complaint until November 24, 2025. If Defendants once again fail to respond to the Complaint by that deadline, Plaintiff shall seek a Certificate of Default by December 1, 2025.

    Plaintiff is directed to mail a copy of this Order by First Class Mail to each Defendant, and to file proof of service on the docket within two days of such service.

    SO ORDERED.

Dated: November 20, 2025
      New York, New York
                                        JOHN P. CRONAN
                                        United States District Judge